```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01920-RNO
David Michael Miller                                                Chapter 13
Teresa Lynn Miller
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: REshelman          Page 1 of 1          Date Rcvd: May 16, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db/jdb         +David Michael Miller,    Teresa Lynn Miller,    1691 Beech Lane,    Hanover, PA 17331-8112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Asst. U.S. Trustee    United States Trustee tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Torren C Ecker    on behalf of Joint Debtor Teresa Lynn Miller tecker@bandspc.com
              Torren C Ecker    on behalf of Debtor David Michael Miller tecker@bandspc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DAVID MICHAEL MILLER & | : | CASE NO.: 1:13-bk-01920 |
| | TERESA LYNN MILLER, | : | |
| | DEBTORS. | : | CHAPTER 13 |

## ORDER CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

The Second Amended Chapter 13 Plan was filed on April 21, 2017. The Second Amended Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Second Amended Plan meets the requirements of 11 U.S.C. §1325.

IT IS HEREBY ORDERED THAT:

The Motion to Modify Confirmed Plan is Granted.

Dated: May 16, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)