Certificate Number: 15111-PAM-DE-029436391

Bankruptcy Case Number: 13-01920



15111-PAM-DE-029436391

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 17, 2017</u>, at <u>11:19</u> o'clock <u>AM EDT</u>, <u>Teresa Lynn Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 17, 2017</u>　　　　By:　<u>/s/Ryan McDonough</u>

　　　　　　　　　　　　　　　　Name:　<u>Ryan McDonough</u>

　　　　　　　　　　　　　　　　Title:　<u>Executive Director of Education</u>