```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01920-RNO
David Michael Miller                                                Chapter 13
Teresa Lynn Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman           Page 1 of 1           Date Rcvd: Aug 15, 2017
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db/jdb        +David Michael Miller,   Teresa Lynn Miller,   1691 Beech Lane,   Hanover, PA 17331-8112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Asst. U.S. Trustee   United States Trustee tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Torren C Ecker    on behalf of Joint Debtor Teresa Lynn Miller tecker@bandspc.com
              Torren C Ecker    on behalf of Debtor David Michael Miller tecker@bandspc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Michael Miller<br>aka David M. Miller<br>1691 Beech Lane<br>Hanover, PA 17331 | Chapter 13<br>Case No. 1:13−bk−01920−RNO |
| Teresa Lynn Miller<br>1691 Beech Lane<br>Hanover, PA 17331 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4266
xxx−xx−0769

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2017

By the Court,

*[signature: Robert N. Opel II]*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk